```
TERENCE M. RYAN
Attorney at Law
1304 West College Ave.
Spokane, WA 99201
(509) 325-5466
Attorney for Defendant
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> JOSHUA WAYNE LAKEY, <br> Defendant. | NO.  CR-08-0126-LRS <br><br> ORDER GRANTING UNOPPOSED MOTION AND MODIFYING CONDITIONS OF RELEASE <br><br> ACTION REQUIRED |

Defendant has asked to be relieved of electronic home monitoring.

The court finds that the request is reasonable.

**IT IS ORDERED** that the Defendant's Motion **(Ct. Rec. 33)** is **GRANTED**.

DATED January 23, 2009.

                    S/ CYNTHIA IMBROGNO
                    UNITED STATES MAGISTRATE JUDGE