PROB 12B
(7/93)

Report Date: June 18, 2012

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 1 8 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Joshua Wayne Lakey          Case Number: 2:08CR00126-001

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, U.S. District Judge

Date of Original Sentence: 3/18/2010          Type of Supervision: Probation

Original Offense: Conspiracy to Possess with Intent to Distribute 3,4-Methylenedioxymethamphetamine (MDNA), a Schedule 1 Controlled Substance, in or Near a School, 21 U.S.C. § 841(a)(1), 846, and 860

Date Supervision Commenced: 3/18/2010

Original Sentence: Probation - 60 Months          Date Supervision Expires: 3/17/2015

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

24   You shall complete 40 hours of community service work, at the rate of not less than hours per month at a not-for-profit site approved in advance by the supervising probation officer. The hours are to be completed in full no later than December 18, 2012.

## CAUSE

On March 30, 2012, Mr. Lakey was charged with Driving Under the Influence of Alcohol. At the time of the arrest he blew a .082 and .080 on the breathalyzer. On May 16, 2012, Mr. Lakey pleaded guilty to Negligent Driving, 1" Degree, Columbia District Court, Dayton, WA, docket number C00005413. He was sentence to two days jail (credit for time served, $1,147.50 fines and fees, and to complete chemical dependency evaluation.

As this is Mr. Lakey's first violation, it is respectfully recommended that Mr. Lakey's conduct be addressed through an additional condition of his supervision to complete 40 hours of community service to be completed by December 18, 2012.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   06/18/2012

s/Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

6/18/12
Date